UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BURNS,

                Plaintiff,

   -against-

AMY SCHELL, LMSW,

                Defendant.

20-CV-5582 (LLS)

CIVIL JUDGMENT

     Pursuant to the order issued October 28, 2020, dismissing the complaint,

     IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless he is under imminent danger of serious physical injury. *Id*.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 28, 2020
          New York, New York

                                                  _Louis L. Stanton_
                                                      Louis L. Stanton
                                                         U.S.D.J.